FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAVID INGRAHAM, | ) | Case No.  1:22-CV-00720-BAM |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR AWARD OF** |
| v. | ) | **COSTS PURSUANT TO** |
| | ) | **28 U.S.C. §§ 1920.** |
| KILOLO KIJAKAZI, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded costs in the amount of FOUR HUNDRED and TWO dollars and ZERO cents ($402.00) under 28 U.S.C. § 1920.

The check for costs shall be made payable to Jacqueline A. Forslund and sent by U.S. Mail to Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver OR  97707.

Respectfully submitted,

Date:   December 8, 2022                    JACQUELINE A. FORSLUND
                                            Attorney at Law


                                            */s/Jacqueline A. Forslund*
                                            JACQUELINE A. FORSLUND
                                            Attorney for Plaintiff

**Ingraham v. Kijakazi**          Stipulation and ~~Proposed~~ Order          E.D. Cal. 1:22-cv-00720-BAM

Date:  December 8, 2022           PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER THOMPSON
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/Marcelo Illarmo*
                                  MARCELO ILLARMO
                                  Special Assistant United States Attorney
                                  *By email authorization
                                  Attorney for Defendant

## ORDER

Based on the parties' Stipulation for Award of Costs Pursuant to 28 U.S.C. § 1920, IT IS ORDERED that costs in the amount of four hundred two dollars ($402.00) be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **December 29, 2022**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

**Ingraham v. Kijakazi**          Stipulation and ~~Proposed~~ Order     E.D. Cal. 1:22-cv-00720-BAM